UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20750-CR-GAYLES(s)

UNITED STATES OF AMERICA

vs.

ALVARO LEONEL ORDONEZ-GARCIA,

    **Defendant.**

_____/

**FACTUAL PROFFER**

    The United States of America and the defendant, Alvaro Ordonez, stipulate and agree to the following facts, as the basis for the defendant's guilty plea to Count 1 of the Superseding Indictment. The defendant agrees that if the case went to trial, the United States could prove these facts beyond a reasonable doubt.

    1.    From approximately February 2018 through March of 2019, defendant Alvaro Leonel Ordonez-Garcia (Ordonez) was part of an organization that obtained quantities of cocaine in Colombia and Ecuador, in amounts exceeding 1,000 kilograms at a time.

    2.    The leader of the organization, co-defendant Jesus Hugo Berdugo-Chaves (Berdugo), obtained the cocaine and controlled its storage and transport. The transport route involved shipping the drugs from Colombia and Ecuador to Central American countries, including El Salvador and Guatemala, by small fast motorboats and low-profile or semi-submersible vessels. From those locations, it was transported to Mexico and ultimately into the United States.

    3.    At Berdugo's request, in late 2017, Ordonez developed contact with a person who

owned a farm straddling the border between Colombia and Ecuador, with road access to the sea. Ordonez arranged for this man to receive loads of cocaine at his farm, and then transport them by truck to the boat launching sites. Co-defendant Gerardo Hermes Rosero (Hermes) worked with Ordonez in making these arrangements.

4. When cocaine shipments were delivered to the farm by another member of the organization, Ordonez was told how many kilos were in the shipment and was paid per kilo for ~~coordinating~~ *monitoring* the deliveries. The farm owner also confirmed to Ordonez how many kilos he had received, in order to prevent discrepancies. Ordonez was not otherwise involved in making or receiving the deliveries. During 2017-18, about 10,000 kilos were delivered to the farm.

5. During late 2018/early 2019, Berdugo delivered a total of approximately $10.7 million in drug proceeds to Ordonez and Hermes in multiple deliveries, which they agreed to store for him. Ordonez counted the money and removed counterfeit and damaged bills. For about three months the money was stored at Hermes' house, then Ordonez took it and held it for some time. On Berdugos' instructions, Ordonez then delivered the money to another person.

6. During the course of the conspiracy, multiple fast boats and low-profile or semi-submersible vessels carrying shipments of cocaine were sent by the organization from the Colombia-Ecuador border area to Central America. These included the following:

A. A fast motorboat carrying 1,731 kilos, which was intercepted by the U.S. Coast Guard on March 7, 2018.

B. A low-profile motorboat carrying approximately 2,000 kilos, which ran out of fuel *en route* and was seized by the El Salvador Navy on or about October 3, 2018. Ordonez had been promised the value of five kilograms of that shipment, had it been successful, as his payment for

2

his services.

C.  A fast motorboat was seized by the U.S. Coast Guard on October 31, 2018, which held 2,478 kilos.

D.  A fast motorboat carrying 2,223 kilos was intercepted by the Guatemalan Navy on November 2, 2018.

E.  A fast motorboat carrying about 4,500 kilos was seized by the Guatemalan Navy on December 15, 2018.

F.  In addition to these seized shipments, at least one shipment of approximately 1,300 kilos of cocaine was successfully smuggled into Guatemala by a low-profile vessel in late July/early August 2018.

*Alvaro Ordoñez Garcia*
**ALVARO LEONEL ORDONEZ-GARCIA**
DEFENDANT

**FRANK H. TAMEN**
ASSISTANT U.S. ATTORNEY

*Scott Kalisch*
**SCOTT KALISCH**
DEFENSE COUNSEL

5/27/22
DATE